[SPACE BELOW PROVIDED FOR FILING STAMP ONLY]

08 APR 23 PM 2:40

MICHAEL W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIMOTHY BROSNAN, an individual; CARLA BROSNAN, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> DRY CLEANING STATION, INC., a corporation; JOHN A. CAMPBELL, an individual; does 1 Through 50, Inclusive <br><br> Defendants. | Case No. ~~CIV-471-208~~ C-08-2028-(EDL) <br><br> **(PROPOSED) ORDER GRANTING DEFENDANTS DRY CLEANING STATION, INC. AND JOHN A. CAMPBELL'S MOTION TO DISMISS, DISMISSING CASE AND FOR AWARD OF ATTORNEYS' FEES AND COSTS** |

Defendants DRY CLEANING STATION, INC. and JOHN A. CAMPBELL's (collectively, "plaintiff DCS") Motion to Dismiss Plaintiffs TIMOTHY BROSNAN and CARLA BROSNAN's ("plaintiffs BROSNAN") Complaint for Damages came on for hearing on 3 June 2008. The Court, having considered the parties' memoranda, the arguments of

COPY

1
2  counsel, the record in this case and with good cause appearing, hereby GRANTS DCS's
3  Motion, dismissing plaintiffs BROSNAN's Complaint, based upon their failure to mediate prior
4  to filing suit, as expressly mandated.
5       In addition, plaintiff DCS shall be entitled to recover its reasonable attorneys' fees and
6  costs in bringing its Motion to Dismiss.
7
8
   **IT IS SO ORDERED.**
9
10
11
    Dated: June ___, 2008                              _____
12                                                     Hon. ELIZABETH D. LAPORTE
13                                                     UNITED STATES MAGISTRATE JUDGE
14
...
25          (PROPOSED) ORDER GRANTING DEFENDANTS DRY CLEANING STATION, INC. AND JOHN A. CAMPBELL'S
             MOTION TO DISMISS, DISMISSING CASE AND FOR AWARD OF ATTORNEYS' FEES AND COSTS
                                                                                    PAGE 2
26  TIMOTHY BROSNAN/CARLA BROSNAN vs. DEFENDANT DRY CLEANING STATION, INC.,., ET AL.
27
28