```
1   Wolfgang F. Hahn, Esq.   [SBN # 061385]          [SPACE BELOW PROVIDED FOR FILING STAMP ONLY]
    WOLFGANG F. HAHN & ASSOCIATES
2   7160 Caminito Pepino                             FILED
3   La Jolla, California  92037
    Telephone :  858. 535. 1000                      08 APR 23  PM 2: 43
4   Telecopier :  858. 456. 5080
    E-Mail    :  ellobo1@san.rr.com                  RICHARD W. WIEKING
5                                                    CLERK, U.S DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA
6   Attorneys for Defendants
    DRY CLEANING STATION, INC. and JOHN A. CAMPBELL

7
    James M. Susag, Esq.
8   Cynthia M. Klaus, Esq.
    LARKIN HOFFMAN DALY & LINDGREN, LTD.
9   1500 Wells Fargo Plaza
    7900 Xerxes Avenue South
10  Minneapolis, Minnesota 55431-1194
    Telephone  :  952. 835. 3800
11  Telecopier  :  952. 896. 3333
    E-Mail    :  www.larkinhoffman.com
12
13  Attorneys for Defendants
    DRY CLEANING STATION, INC. and JOHN A. CAMPBELL
14
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIMOTHY BROSNAN, an individual; <br> CARLA BROSNAN, an individual; | Case No. CV 08 2028 (EDL) |
| Plaintiff, | Assigned For All Purposes: <br> Elizabeth D. Laporte |
| vs. | |
| DRY CLEANING STATION, INC., <br> a corporation; JOHN A. CAMPBELL, an <br> individual; does 1 Through 50, Inclusive | **CERTIFICATE OF SERVICE** |
| Defendants. | |

CERTIFICATE OF SERVICE
PAGE 1

TIMOTHY BROSNAN/CARLA BROSNAN vs. DRY CLEANING STATION, INC., ET AL.

ORIGINAL

1  WOLFGANG F. HAHN, certifies and declares as follows:

2  I am over the age of eighteen (18) years and not a party to this action. My business

3  address is 7160 Caminito Pepino, La Jolla, California 92037, which is located in city, county

4  and state where the mailing described took place.

5

6  On 22 April 2008, I deposited in the United States mail at La Jolla, California, a copy of

7  the following documents:

8      **DEFENDANTS DRY CLEANING STATION, INC. AND JOHN A.
    CAMPBELL'S NOTICE OF MOTION AND TO DISMISS
9     COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES
    IN SUPPORT THEREOF; DECLARATION OF JOHN A. CAMPBELL
10     STATEMENT OF RECENT DECISIONS; (PROPOSED) ORDER
    GRANTING DEFENDANTS DRY CLEANING STATION, INC. AND
11     JOHN A. CAMPBELL'S MOTION TO DISMISS, DISMISSING CASE
    AND FOR AWARD OF ATTORNEYS' FEES AND COSTS; AND ORDER
12     SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
13     DEADLINES**

14  I declare under penalty of perjury that the foregoing is true and correct.

15

16

17  Dated: 22 April 2008

                    WOLFGANG F. HAHN

18

19

20

21

22

23

24

25

26  TIMOTHY BROSNAN/CARLA BROSNAN vs. DRY CLEANING STATION, INC., ET AL.

27

28

**CERTIFICATE OF SERVICE
PAGE 2**