**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BROSNAN and
CARLA BROSNAN,

      Plaintiffs,

    v.

DRY CLEANING STATION, INC.,
JOHN A. CAMPBELL,

      Defendants.
_____/

No. C-08-02028-EDL

NOTICE REGARDING CONSENT TO
JURISDICTION OF UNITED STATES
MAGISTRATE JUDGE

TO ALL PARTIES AND COUNSEL OF RECORD:

The notice of removal in the above-entitled action was filed on April 18, 2008. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Elizabeth D. Laporte to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by all parties before Magistrate Judge Laporte can consider the merits of the case or any substantive motion filed by any party.

Defendants has filed a Motion to Dismiss Complaint, which has been noticed for hearing on June 3, 2008 at 9:00 a.m. Accordingly, the parties are instructed to sign and return one of the enclosed forms no later than May 8, 2008, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter or request reassignment to a District Court Judge.

Dated: April 24, 2008

                                                      Richard W. Wieking, Clerk

                                                      _____

                                                      By: Lili M. Harrell, Deputy Clerk

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BROSNAN and
CARLA BROSNAN,

        Plaintiffs,

    v.

DRY CLEANING STATION, INC.,
JOHN A. CAMPBELL

        Defendants.
_____/

No. C 08-2028 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____    _____
                                                      Signature

                                                      Counsel for _____
                                                      (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BROSNAN and
CARLA BROSNAN,

        Plaintiffs,

v.

DRY CLEANING STATION, INC.,
JOHN A. CAMPBELL,

        Defendants.
_____/

No. C 08-2028 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     _____
                                   Signature

                                   Counsel for _____
                                   (Name or party or indicate "pro se")