LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty, Esq. (Bar No. 136088)
Assaad Stephan (Bar No. 246183)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086
mdlaw@pacbell.net

Attorney for Plaintiffs
TIMOTHY BROSNAN and
CARLA BROSNAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIMOTHY BROSNAN, an individual; CARLA BROSNAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DRY CLEANING STATION, INC., a Corporation; JOHN A. CAMPBELL, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. CV 08 2028 (EDL) <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs Timothy Brosnan and Carla Brosnan hereby demand a trial by jury in this action.

Dated: May 13, 2008

LAW OFFICE OF MICHAEL D. LIBERTY

_____
Michael D. Liberty
Attorney for Plaintiffs
TIMOTHY BROSNAN AND
CARLA BROSNAN

**DEMAND FOR JURY TRIAL** Case No. CV 08 2028 (EDL)
1

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to the within entitled action. I am employed in the County of San Mateo, California. On this date, I served the following document(s):

**DEMAND FOR JURY TRIAL**

__X__ By placing for collection and mailing, following ordinary business practices at my place of business, a true and correct copy thereof, in a sealed envelope with postage thereon fully prepaid, and addressed as set forth below. I am familiar with the business practice for collection and processing of documents for mailing with the United States Postal Service, said practice being that in the ordinary course of business, documents are deposited with the United States Postal Service on the same day as they are placed for collection.

___ By personal service on the parties to this action by causing a true and correct _____ thereof to be hand delivered to the offices or addresses of the person(s) set forth below.

James M. Susag, Esq.
Cynthia Klaus, Esq.
LARKIN HOFFMAN DALY & LINDGREN, LTD.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194

Wolfgang F. Hahn, Esq.
WOLFGANG F. HAHN & ASSOCIATES
7160 Caminito Pepino
La Jolla, California 92037

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2008 at Burlingame, California.

_/s/ Maribel Gomez_

Law Office Of Michael D. Liberty
1290 Howard Ave., Suite 303
Burlingame, CA 94010
650-685-8085

**DEMAND FOR JURY TRIAL** Case No. CV 08 2028 (EDL)

2