UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BROSNAN and
CARLA BROSNAN,

    Plaintiffs,

v.

DRY CLEANING STATION, INC.,
JOHN A. CAMPBELL

    Defendants.
_____/

No. C 08-2028 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: May 13, 2008

_____
Signature

Counsel for _Plaintiffs_
(Name or party or indicate "pro se")

2