Clerk's Use Only

Initial for fee pd.:
_____

Type name, address, phone number of applicant here
James M. Susag, Esq.
Larkin Hoffman Daly & Lindgren, Ltd.
1500 Wells Fargo Plaza, 7900 Xerxes Avenue South
Minneapolis, Minnesota 55431   (952) 896-1572

FILED
08 MAY 12 PM 4:27

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BROSNAN, an individual;
CARLA BROSNAN, an individual;

Plaintiff(s),

v.

DRY CLEANING STATION, INC.,
a corporation; JOHN A. CAMPBELL, an
individual; does 1 Through 50, inclusive

Defendant(s).            /

**CASE NO.** CV 08 2028 (EDL)

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3,    James M. Susag. Esq.    , an active member in good standing of the bar of    Minnesota and Wisconsin    , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing    Defendants    in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Wolfgang F. Hahn, Esq., Wolfgang F. Hahn & Associates, 7160 Caminito Pepino, La Jolla, California 92037   (858) 535-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5·9·2008

Jams M. Susag