Wolfgang F. Hahn, Esq.   [SBN # 061385]
WOLFGANG F. HAHN & ASSOCIATES
7160 Caminito Pepino
La Jolla, California  92037
Telephone :   858. 535. 1000
Telecopier :   858. 456. 5080
E-Mail     :   ellobo1@san.rr.com

[SPACE BELOW PROVIDED FOR FILING STAMP ONLY]

Attorneys for  Defendants
DRY CLEANING STATION, INC. and JOHN A. CAMPBELL

James M. Susag, Esq.
Cynthia M. Klaus, Esq.
LARKIN HOFFMAN DALY & LINDGREN, LTD.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
Telephone :   952. 835. 3800
Telecopier :   952. 896. 3333
E-Mail     :   www.larkinhoffman.com

Attorneys for  Defendants
DRY CLEANING STATION, INC. and JOHN A. CAMPBELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIMOTHY BROSNAN, an individual; CARLA BROSNAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DRY CLEANING STATION, INC., a corporation; JOHN A. CAMPBELL, an individual; does 1 Through 50, Inclusive<br><br>Defendants. | Case No. CV 08 2028 (EDL)<br><br><u>Assigned For All Purposes:</u><br>Elizabeth D. Laporte<br><br>**DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE** |

**DEFENDANTS DCS' REQUEST FOR TELEPHONIC APPEARANCE**
**PAGE  1**

**TIMOTHY BROSNAN/CARLA BROSNAN vs. DRY CLEANING STATION, INC., ET AL.**

## DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE

Counsel for defendants DRY CLEANING STATION, INC. and JOHN A. CAMPBELL (collectively, "DCS") Wolfgang F. Hahn and James M. Susag (Application for Admission Pro Hac Vice Pending) respectfully request to appear by telephone at the motion hearing on Defendants' Motion To Dismiss Plaintiffs BROSNANS' Complaint in the above-referenced matter. The hearing on Defendants' Motion To Dismiss is set for Tuesday, June 3, 2008 at 9:00 A.M.

                                                WOLFGANG F. HAHN + ASSOCIATES

Dated:  19 May 2008                  By: _____
                                                 WOLFGANG F. HAHN
                                                 Attorney for Defendants
                                                 DRY CLEANING STATION, INC.
                                                 and JOHN A CAMPBELL