[SPACE BELOW PROVIDED FOR FILING STAMP ONLY]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TIMOTHY BROSNAN, an individual;<br>CARLA BROSNAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DRY CLEANING STATION, INC.,<br>a corporation; JOHN A. CAMPBELL, an individual; does 1 Through 50, Inclusive<br><br>Defendants. | Case No. CV 08 2028 (EDL)<br><br>Assigned For All Purposes:<br>Elizabeth D. Laporte<br><br>**DEFENDANTS DRY CLEANING STATION AND JOHN A. CAMPBELL'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), defendants DRY CLEANING STATION, INC. and JOHN A. CAMPBELL (collectively, "DCS") in the above-captioned matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final

1
2 judgment. Appeal from the judgment shall be taken directly to the United States Court of
3 Appeals for the Ninth Circuit.
4
5
6 Dated:  19 May 2008                                    _____
7                                                                                    WOLFGANG F. HAHN
                                                                                       Counsel for Defendants
8                                                                                    DRY CLEANING STATION, INC.
                                                                                       and JOHN A CAMPBELL
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                                    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
26                                                                                                                                          **PAGE  2**
   **TIMOTHY BROSNAN/CARLA BROSNAN vs. DRY CLEANING STATION, INC., ET AL.**
27
28