UNITED STATES DISTRICT COURT

Northern District of California

TIMOTHY BROSNAN, an individual;
CARLA BROSNAN, an individual;

CASE NO. CV 08 2028 (EDL)

Plaintiff(s),
v.

DRY CLEANING STATION, INC.,
a corporation; JOHN A. CAMPBELL, an
individual; does 1 Through 50, inclusive

Defendant(s).

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

James M. Susag, Esq. ☒ , an active member in good standing of the bar of Minnesota and Wisconsin ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Larkin Hoffman Daly & Lindgren, Ltd., 1500 Wells Fargo Plaza, 7900 Xerxes Avenue South, Minneapolis, Minnesota 55431 (952) 896-1572

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing   Defendants   ☒ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  May 19, 2008

_____
Elizabeth [signature: Elizabeth D. Laporte]
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte