IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BROSNAN,

    Plaintiff,

  v.

DRY CLEANING STATION INC,

    Defendants.

No. 08-02028 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On May 19, 2008, Defendants' counsel filed a request to appear telephonically at the hearing on Defendants' Motion to Dismiss set for June 3, 2008 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. However, if the Court determines that the telephonic appearance is hindering resolution of this matter, the telephonic appearance will be terminated and a new hearing date will be set for personal appearances. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: May 20, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge