UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY BROSNAN

    Plaintiff,

    v.

DRY CLEANING STATION, INC.,
JOHN A. CAMPBELL,

    Defendants.
_____/

No. C 08-02028 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Dismiss, document 3, set for June 3, 2008 at 9:00 a.m. has been taken off calendar. The Court finds the matter suitable for decision without oral argument.

Dated: June 2, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy